IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV286

| | |
|---|---|
| HUMANTEC SYSTEMS, INC., and<br>CNA INSURANCE COMPANY LIMITED<br>         Plaintiffs,<br><br>v.<br><br>LION EXHIBITION FREIGHT, INC., and<br>WATKINS MOTOR LINES, INC.,<br>         Defendants. | **ORDER** |

  **THIS MATTER** is before the Court upon the motion of Defendant Lion Exhibition Freight, Inc. to allow Andrea M. Muller and Robert E. Spears to appear *Pro Hac Vice*, filed August 4, 2005.

  Upon careful review and consideration, this Court will grant Defendant's Application.

  In accordance with Local Rule 83.1 (B), the Court notes that Ms. Muller and Mr. Spears have each paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

  **IT IS SO ORDERED.**

**Signed: August 12, 2005**

Graham C. Mullen
Chief United States District Judge