

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:05cv286-M

| | |
|---|---|
| HUMANTEC SYSTEMS, INC., and CNA INSURANCE COMPANY LIMITED,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>LION EXHIBITION FREIGHT, INC., and WATKINS MOTOR LINES, INC.,<br><br>　　　　　　　　　　Defendants. | **ORDER GRANTING ADMISSION PRO HAC VICE** |

**THIS CAUSE**, being considered by the undersigned on motion of the Defendant Lion Exhibition Freight, Inc., for admission *pro hac vice* of Andrea M. Muller and Robert E. Spears, in the above-captioned matter; and

**IT APPEARING** to the Court that the motion should be allowed;

**IT IS, THEREFORE, ORDERED THAT** Andrea M. Muller and Robert E. Spears, are admitted to practice *pro hac vice* in this matter as attorneys for Lion Exhibition Freight, Inc. and shall be permitted to appear and speak in this case in the same manner as would an attorney authorized to practice before this Court.

This the 10th day of August, 2005.

_____
Graham C. Mullen, Judge Presiding

**DOCUMENT SCANNED**